IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FIDEL BERRIOS, *et al.*<br><br>          Plaintiff,<br><br>v.<br><br>THE CIRCLE GROUP, LLC,<br><br>          Defendants. | Case No. 1:20-cv-230 (TCB) |

## ORDER

This matter comes before the Court on Plaintiffs' Unopposed Motion and Incorporated Memorandum for Approval of Fair Labor Standards Act Settlement (Dkt. 61). Upon review of the Motion and for the reasons provided to the Court during the Parties' November 12, 2020 Settlement Agreement and for good cause shown, it is hereby

**ORDERED**:

- That the settlement agreed to by the Parties during the November 12, 2020 settlement conference is approved;
- That this case is dismissed with prejudice in its entirety; and
- That this Court retains jurisdiction over this matter for the sole purpose of adjudicating and resolving any dispute that may arise over the terms of the settlement agreement.

ENTERED this 4th day of December, 2020.

                                                                                                                      /s/
                                                  THERESA CARROLL BUCHANAN
                                                  UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia